# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 5D2024-0222
LT Case No. 2020-CF-000971-A

———————————————————

KENNETH JEROME MASON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————